UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH GUGLIELMO,<br><br>                              Plaintiff,<br><br>                -v-<br><br>HEALTH IQ INSURANCE SERVICES, INC.,<br><br>                              Defendant. | 20 Civ. 2455 (PAE) (DCF)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

   The Court having been advised by the parties that all claims asserted herein have been settled in principle, Dkt. 9, it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within sixty days of the date of this Order if the settlement is not consummated.

   To be clear, any application to reopen must be filed within sixty days of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same sixty-day period to be "so ordered" by the Court.  Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

   The Clerk of Court is respectfully directed to close this case.

   SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: May 15, 2020
       New York, New York